UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CURTIS HALL | * | CIVIL ACTION NO. 2:15-cv-1819 |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| JAMES M. LeBLANC, ET AL | * | MAGISTRATE JUDGE KAY |

**********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 11) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Hall's civil rights complaint is **DISMISSED** in accordance with the provisions of FED. R. CIV. P. 41(b).

Lake Charles, Louisiana, this 7 day of July, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE